UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV

JUN – 5 2012

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

RICHARD L. BARON a/k/a "UNC"
 a/k/a "CLASS",
DOUGLAS LEE SAUNDERS,
ROBERT PAIGE PETERSON
 a/k/a "ROBBIE",
SAMNEISHA D. WALKER
 a/k/a "NINI",
LETITIA KADIJA TAMBI
 a/k/a "COUSIN",
DEANDRE SCOTT ESTELLE
 a/k/a "DRE",
EDWARD BARRY DAVIS
 a/k/a "BARRY",
RODNEY CARTER
 a/k/a "DOC ROC",
ROBIN E. RUSK,
BRIAN NICHOLAS BARBER,
GARY JOSEPH HACK,
ELLIOT ROSS FITZSIMMONS
 a/k/a "EL",
CHELSEA ALEECE RADCLIFFE,
THOMAS JAMES KUNIK
 a/k/a "TJ",
ASHLIE NOEL TAYLOR,
JENNY E. KOTA,
RICHARD L. FISCHER,
KEVIN R. MILLS,
JAMES NATHAN BARCUS,
JONATHAN ALLEN WILDEY,
REUBEN JULE ROUSE,
TEO MARCERO COLEMAN
 a/k/a "TEDDY,"
JARRETT JAMES ROBINSON,
RICHARD EDWARD LANG, JR.,
CRAIG A. BOOKER,
                    Defendants.

Criminal No. 5:12-CR-20

Bailey

Violations:     18 U.S.C. §2
                21 U.S.C. §841(a)(1)
                21 U.S.C. §841(b)(1)(C)
                21 U.S.C. §843(b)
                21 U.S.C. §846
                21 U.S.C. §853
                21 U.S.C. §860

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

(Conspiracy to Distribute Schedule I and II Controlled Substances)

From in or about at least December, 2011, to on or about May 18, 2012, at or near Wheeling, Ohio County, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS", DOUGLAS LEE SAUNDERS, ROBERT PAIGE PETERSON a/k/a "ROBBIE", SAMNEISHA D. WALKER a/k/a "NINI,", LETITIA KADIJA TAMBI a/k/a "COUSIN", DEANDRE SCOTT ESTELLE a/k/a "DRE", EDWARD BARRY DAVIS a/k/a "BARRY", RODNEY CARTER a/k/a "DOC ROC", ROBIN E. RUSK, BRIAN NICHOLAS BARBER, GARY JOSEPH HACK, ELLIOT ROSS FITZSIMMONS a/k/a "EL", CHELSEA ALEECE RADCLIFFE, THOMAS JAMES KUNIK a/k/a "TJ", ASHLIE NOEL TAYLOR, JENNY E. KOTA, RICHARD FISCHER, KEVIN R. MILLS, JAMES NATHAN BARCUS, JONATHAN ALLEN WILDEY, REUBEN JULE ROUSE, TEO MARCERO COLEMAN a/k/a "TEDDY," JARRETT JAMES ROBINSON, RICHARD EDWARD LANG, JR. and CRAIG A. BOOKER** did knowingly and willfully combine, conspire, confederate and agree and have a tacit understanding with other persons known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy knowingly, and intentionally to possess with intent to distribute and to distribute Schedule I and Schedule II controlled substances, including oxycodone, heroin and cocaine, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

(Aiding and Abetting the Distribution of Cocaine)

On or about December 21, 2011, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants, **ROBIN E. RUSK** and **JONATHAN WILDEY,** aided and abetted by one another, did unlawfully, knowingly, intentionally and without authority distribute a quantity of cocaine, a Schedule II controlled substance, to a person known to the grand jury; in exchange for $120.00 in United States currency, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

(Use of a Telephone to Facilitate the Distribution of Cocaine)

On or about December 21, 2012, at approximately 20:05 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendant **ROBIN E. RUSK** did unlawfully, knowingly, and intentionally cause to be used a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is the distribution of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b).

## COUNT FOUR

(Distribution of Heroin)

On or about January 9, 2012, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendant **ROBIN E. RUSK** did unlawfully, knowingly, intentionally and without authority distribute a quantity of heroin, a Schedule I controlled substance, to a person known to the grand jury; in exchange for $180.00 in United States currency, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Use of a Telephone to Facilitate the Distribution of Heroin)

On or about January 9, 2012, at approximately 21:27 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendant **ROBIN E. RUSK** did unlawfully, knowingly, and intentionally cause to be used a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is the distribution of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b).

## COUNT SIX

(Aiding and Abetting the Distribution of Oxycodone and Heroin)

On or about January 19, 2012, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **ROBIN E. RUSK** and **BRIAN NICHOLAS BARBER,** aided and abetted by one another, did unlawfully, knowingly, intentionally and without authority distribute a quantity of oxycodone, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, to a person known to the grand jury; in exchange for $260.00 in United States currency, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## **COUNT SEVEN**

(Use of a Telephone to Facilitate the Distribution of Oxycodone and Heroin)

On or about January 19, 2012, at approximately 14:48 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **ROBIN RUSK** did unlawfully, knowingly, and intentionally cause to be used a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is the distribution of quantity of oxycodone. a Schedule II controlled substance and heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHT

(Distribution of Cocaine and Heroin)

On or about February 15, 2012, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendant **ROBIN E. RUSK** did unlawfully, knowingly, intentionally and without authority distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, to a person known to the grand jury; in exchange for $200.00 in United States currency, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

(Use of a Telephone to Facilitate the Distribution of Cocaine and Heroin)

On or about February 15, 2012, at approximately 21:05 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendant **ROBIN E. RUSK** did unlawfully, knowingly, and intentionally cause to be used a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is the distribution of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b).

## COUNT TEN

(Distribution of Heroin)

On or about February 27, 2012, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendant **ROBIN E. RUSK** did unlawfully, knowingly, intentionally and without authority distribute a quantity of heroin, a Schedule I controlled substance, to a person known to the grand jury; in exchange for $200.00 in United States currency, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

(Use of a Telephone to Facilitate the Distribution of Heroin)

On or about February 27, 2012, at approximately 19:12 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendant **ROBIN E. RUSK** did unlawfully, knowingly, and intentionally cause to be used a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is the distribution of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b).

## COUNT TWELVE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about March 12, 2012, at approximately 17:49 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **ROBIN E. RUSK and ELLIOTT ROSS FITZSIMMONS a/k/a "EL"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Heroin)

On or about March 12, 2012, at approximately 18:51 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **ROBIN E. RUSK and BRIAN BARBER** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Heroin)

On or about March 23, 2012, at approximately 19:20 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **ROBIN E. RUSK and TEO MARCERO COLEMAN a/k/a "TEDDY"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about March 27, 2012, at approximately 13:35 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **ROBIN E. RUSK and THOMAS JAMES KUNIK a/k/a "TJ"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT SIXTEEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about March 29, 2012, at approximately 23:58 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS," ROBIN E. RUSK and ELLIOTT ROSS FITZSIMMONS a/k/a "EL"** did unlawfully, knowingly, and intentionally aid and abet one another in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT SEVENTEEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Heroin)

On or about March 30, 2012, at approximately 09:07 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **ROBIN E. RUSK and EDWARD BARRY DAVIS a/k/a "BARRY"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT EIGHTEEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Heroin)

On or about March 30, 2012, at approximately 14:38 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **ROBIN E. RUSK and DEANDRE SCOTT ESTELLE a/k/a "DRE"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT NINETEEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Heroin)

On or about April 8, 2012, at approximately 15:41 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **ROBIN E. RUSK and DEANDRE SCOTT ESTELLE a/k/a "DRE** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is possession with intent to distribute and distribution of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 9, 2012, at approximately 20:00 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC," a/k/a "CLASS" and JENNY L. KOTA** did unlawfully, knowingly, and intentionally use and cause to be used a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT TWENTY-ONE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 11, 2012, at approximately 14:48 hours to approximately 21:41 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT TWENTY-TWO

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 12, 2012, at approximately 19:11 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and ASHLIE N. TAYLOR** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT TWENTY-THREE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 12, 2012, at approximately 10:40 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and DOUGLAS LEE SAUNDERS** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2.

## COUNT TWENTY-FOUR

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 14, 2012 at approximately 10:34 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT TWENTY-FIVE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 14, 2012 at approximately 20:54 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT TWENTY-SIX

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 14, 2012, at approximately 16:37 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and KEVIN MILLS** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT TWENTY-SEVEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 14, 2012, at approximately 21:09 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and GARY JOSEPH HACK** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT TWENTY-EIGHT

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Heroin)

On or about April 14, 2012, at approximately 22:36 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and JARRETT JAMES ROBINSON** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT TWENTY-NINE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 15, 2012, at approximately 17:36 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT THIRTY

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Heroin)

On or about April 16, 2012, at approximately 11:55 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **ROBIN E. RUSK and JAMES NATHAN BARCUS** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b)and Title 18, United States Code, Section 2.

## COUNT THIRTY-ONE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 16, 2012, at approximately 16:01 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT THIRTY-TWO

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 18, 2012, at approximately 14:05 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT THIRTY-THREE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 19, 2012, at approximately 22:25 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT THIRTY-FOUR

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 20, 2012, at approximately 13:18 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone. a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT THIRTY-FIVE

(Distribution of Oxycodone Within 1,000 Feet of a Protected Location)

On or about April 20, 2012, at or near Wheeling, Ohio County, West Virginia, within the Northern Judicial District of West Virginia, defendant **LETITIA KADIJA TAMBI a/k/a "COUSIN",** did unlawfully, knowingly, intentionally and without authority distribute within 1,000 feet of the real property comprising a public playground, to wit: Jenkins Playground, a quantity of oxycodone, a Schedule II controlled substance, to a person known to the Grand Jury, in exchange for $18,000.00 in United States currency, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860.

## COUNT THIRTY-SIX

(Aiding and Abetting the Possession with Intent to Distribute Oxycodone
Within 1,000 Feet of a Protected Location)

On or about April 20, 2012, at or near Wheeling, Ohio, County, West Virginia, within the

Northern Judicial District of West Virginia, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a**

**"CLASS" and EDWARD BARRY DAVIS a/k/a "BARRY"**, aided and abetted by each other, did

unlawfully, knowingly, intentionally and without authority possess with intent to distribute, within

1,000 feet of the real property comprising a public playground, to wit: Jenkins Playground, a quantity

of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code,

Sections 841(a)(1), 841(b)(1)(C) and 860 and Title 18, United States Code, Section 2.

## COUNT THIRTY-SEVEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 20, 2012, at approximately 17:11 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT THIRTY-EIGHT

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 20, 2012, at approximately 23:35 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and KEVIN R. MILLS** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT THIRTY-NINE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 21, 2012, at approximately 15:14 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and RICHARD EDWARD LANG, JR.** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FORTY

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 21, 2012, at approximately 16:37 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and RODNEY CARTER a/k/a "DOC ROC"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FORTY-ONE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 21, 2012, at approximately 20:18 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and JENNY E. KOTA** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FORTY-TWO

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 21, 2012, at approximately 16:22 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FORTY-THREE

(Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 21, 2012, at approximately 18:57 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and RICHARD L. FISCHER** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FORTY-FOUR

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution
of Oxycodone and Heroin)

On or about April 24, 2012, at approximately 19:54 hours, in or about Wheeling, West

Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants

**RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and DOUGLAS LEE SAUNDERS** did

unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication

facility, that is a telephone system in committing, causing and facilitating the commission of a felony

under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the

possession with intent to distribute and distribution of oxycodone, a Schedule II controlled

substance; and, heroin, a Schedule I controlled substance; in violation of Title 21, United States

Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FORTY-FIVE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution
of Oxycodone and Heroin)

On or about April 25, 2012, at approximately 16:14 hours, in or about Wheeling, West

Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants

**RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and DOUGLAS LEE SAUNDERS** did

unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication

facility, that is a telephone system in committing, causing and facilitating the commission of a felony

under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the

possession with intent to distribute and distribution of oxycodone, a Schedule II controlled

substance; and heroin, a Schedule I controlled substance; in violation of Title 21, United States

Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FORTY-SIX

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 26, 2012, at approximately 13:42 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and RICHARD L. FISCHER** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FORTY-SEVEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 26, 2012, at approximately 16:25 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FORTY-EIGHT

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 26, 2012, at approximately 17:33 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and ROBERT PETERSON a/k/a "ROBBIE"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FORTY-NINE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 26, 2012, at approximately 17:48 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and CHELSEA ALEECE RADCLIFFE** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTY

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 27, 2012, at approximately 15:41 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and ROBERT PETERSON a/k/a "ROBBIE"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTY-ONE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 28, 2012, at approximately 22:29 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and ROBERT PETERSON a/k/a "ROBBIE"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTY-TWO

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 28, 2012, at approximately 23:02 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and CRAIG A. BOOKER** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTY-THREE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about April 29, 2012, at approximately 14:24 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and CRAIG A. BOOKER** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTY-FOUR

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about May 1, 2012, at approximately 00:25 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTY-FIVE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about May 1, 2012, at approximately 00:54 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTY-SIX

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about May 1, 2012, at approximately 01:58 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTY-SEVEN

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about May 4, 2012, at approximately 11:50 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTY-EIGHT

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about May 4, 2012, at approximately 11:55 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT FIFTY NINE

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about May 8, 2012, at approximately 12:18 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

# COUNT SIXTY

(Aiding and Abetting the Use of a Telephone to Facilitate the Distribution of Oxycodone)

On or about May 17, 2012, at approximately 11:56 hours, in or about Wheeling, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and REUBEN JULE ROUSE** did unlawfully, knowingly, and intentionally aid and abet each other in the use of a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is aiding and abetting one another in the possession with intent to distribute and distribution of oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT SIXTY-ONE

(Possession with Intent to Distribute Oxycodone)

On or about May 18, 2012, at or about Wheeling, Ohio County, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendant **SAMNEISHA D. WALKER a/k/a "NINI"** did unlawfully, knowingly, intentionally and without authority possess with intent to distribute approximately 1,039 oxycodone pills, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTY-TWO

(Aiding and Abetting the Possession with Intent to Distribute Oxycodone)

On or about May 18, 2012, at or about Wheeling, Ohio County, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS" and CHELSEA ALEECE RADCLIFFE,** aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority possess with intent to distribute approximately 297 oxycodone pills, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

A.     Pursuant to Title 21, Section 853, upon obtaining a conviction with respect to an alleged Controlled Substance Act offense, it is the intention of the United States to seek at sentencing the forfeiture of any property that was used, or intended to be used, to commit or to facilitate the commission of such offense, and any property, real or personal, that constitutes or was derived from proceeds traceable to such offense, including:

1.     MONEY JUDGMENT

A sum of money equal to at least $250,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offense;

2.     VEHICLES

a)     2010 black Chevrolet Silverado K3500 LT, WV registration: DLB703, VIN: 1GC4K0BG1AF142913, registered to **RICHARD L. FISCHER**;

b)     2010 black Dodge Charger, Ohio registration: FKB 9482; VIN: 2B3CA3CV0AH250792, registered to **LETITIA KADIJA TAMBI a/k/a COUSIN**; and,

c)     2006 silver Cadillac STS, WV registration: 7RG831, VIN: 1G6DW67726022O127, registered to **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS;"**

3.     CURRENCY

a)     $2,064.00 in United States currency seized from **SAMNEISHA D. WALKER a/k/a "NINI"** on May 18, 2012;

b)     $612.00 in United States currency seized from **RICHARD L. BARON a/k/a "UNC" a/k/a "CLASS"** on May 18, 2012;

c)     $8,863.00 in United States currency seized from **RICHARD L. FISCHER** on May 18, 2012;

d)     $400.00 seized from **JENNY E. KOTA** on May 18, 2012; and,

e)     $9,600 located at 159 Kingsly Farm, Triadelphia, West Virginia, and surrendered to Ohio County Sheriff's deputies on May 31, 2012.

B.     If any forfeitable property, as a result of any act or omission of a convicted defendant (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek the forfeiture of any property owned by such defendant up to the value of the forfeitable property.

A true bill,


/s/ _____
Grand Jury Foreperson
(Signature on File)


____/s/_____
WILLIAM J. IHLENFELD, II
United States Attorney